IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: PATRICIA MARTIN | ) |
| | ) |
| Home Loan Services, Inc./ PNC Bank, National Association, | ) ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 08B21733 |
| | ) JUDGE Bruce W. Black |
| PATRICIA MARTIN, | ) |
| Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Home Loan Services, Inc./ PNC Bank, National Association, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The following is an itemization of the amounts due on the loan as of June 14, 2010:

    | | | |
    |---|---|---|
    | a. | Attorney's Fees | $250.00 |
    | b. | Outstanding Corporate Advance not included in loan modification | $5,340.77 |
    | c. | Escrow Advance | $2,582.39 |
    | | TOTAL | $8,173.16 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Home Loan Services, Inc./ PNC Bank, National Association rights to collect these amounts will be unaffected.

                                Respectfully Submitted,
                                Home Loan Services, Inc./ PNC Bank,
                                National Association

                                /s/Christopher M. Brown
                                Christopher M. Brown
                                ARDC#6271138

                                Pierce and Associates, P.C.
                                1 North Dearborn
                                Suite 1300
                                Chicago, Illinois 60602
                                (312)346-9088